IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Appellant,)<br>)<br>vs. )<br>)<br>CHAVAR ALEC HARRISON, )<br>)<br>Defendant-Appellee. ) | Case No. CR 120-086<br>(Appeal No.: 21-14514) |

O R D E R

The judgment of this Court having been vacated and remanded by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this _28th_ day of March 2023.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA